1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,                    )
                                                  )
9                            Plaintiff,           )
                                                  )
10                    v.                           )    3:15-CR-008-MMD-(WGC)
                                                  )
11   JEDIDIAH MATTHEW STANALAND,                   )
                                                  )
12                           Defendant.            )

13   **PRELIMINARY ORDER OF FORFEITURE**

14          This Court finds that on July 28, 2015, defendant JEDIDIAH MATTHEW STANALAND pled

15   guilty to Count One of a One-Count Indictment charging him with Receipt of Child Pornography in

16   violation of Title 18, United States Code, Section 2252A(a)(2). Indictment, ECF No. 1; Change of

17   Plea, ECF No. 26; Plea Agreement, ECF No. 27.

18          This Court finds defendant JEDIDIAH MATTHEW STANALAND agreed to the forfeiture of

19   the property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment.

20   Indictment, ECF No. 1; Change of Plea, ECF No. 26; Plea Agreement, ECF No. 27.

21          This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

22   has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture

23   Allegation of the Indictment and the offense to which defendant JEDIDIAH MATTHEW

24   STANALAND pled guilty.

25          The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

26   2253:

1. Alienware Laptop Computer (red), SN 2DW1ZW1 containing one (1) Western Digital Hard Drive, 1 TB, SN WXA1E63ZZE04;

2. Alienware Laptop Computer (black), SN WA81N7S1L062;

3. Toshiba 2 GB External Hard Dive, SN YB8BT7NPTYP3;

4. HP Pavillion Laptop Computer, SN CNF5240KWY;

5. HDC2 I-O Data 2 TB External Hard Drive, SN XWW001593652; and

6. PNY Silver 64 GB Thumb Drive

(all of which constitutes "property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JEDIDIAH MATTHEW STANALAND in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and

Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's

right, title, or interest in the forfeited property and any additional facts supporting the petitioner's

petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South

Virginia Street, 3rd Floor, Reno, NV 89501, no later than thirty (30) days after the notice is sent or, if

direct notice was not sent, no later than sixty (60) days after the first day of the publication on the

official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

following publication of notice of seizure and intent to administratively forfeit the above-described

property.

DATED THIS 31st day of July 2015.

_____
UNITED STATES DISTRICT JUDGE